### McKEE GLASS CO. et al. v. LIBBEY GLASS CO.

(Circuit Court of Appeals, Third Circuit. February 9, 1915. Rehearing Denied March 2, 1915.)

#### No. 1893.

PATENTS ⊛═286—LICENSE—SUIT BY LICENSEE.
 A license under a patent construed, and the right of the licensee to maintain a suit to protect its rights thereunder determined.

 [Ed. Note.—For other cases, see Patents, Cent. Dig. §§ 453–456; Dec. Dig. ⊛═286.]

Appeal from the District Court of the United States for the Western District of Pennsylvania; Charles P. Orr, Judge.

Suit in equity by the Libbey Glass Company against the McKee Glass Company and the H. C. Fry Glass Company. Decree for complainant, and defendants appeal. Affirmed.

For opinion below, see 216 Fed. 172.

Geo. E. Reynolds and Robert D. Totten, both of Pittsburgh, Pa., for appellants.

Otto R. Barnett, of Chicago, Ill., and Thomas Patterson, of Pittsburgh, Pa., for appellee.

Before HUNT, McPHERSON, and WOOLLEY, Circuit Judges.

PER CURIAM. We have made a very careful examination of the record in this case, and believe that the opinion of the District Court sufficiently covers each and every phase presented for consideration. We therefore adopt the opinion of the District Court, and affirm the decree appealed from.